UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

VICKIE TAYLOR            )
                         )
    Plaintiff,           )
                         )
VS.                      )   CIVIL ACTION NO. 3:07cv133 HTW-LRA
                         )
SOUTHERN FARM BUREAU LIFE)
INSURANCE COMPANY        )
                         )
    Defendant.           )
_____)

## FINAL ORDER OF DISMISSAL

This matter having come before the Court pursuant to a Stipulation of Voluntary Dismissal With Prejudice entered into by the parties hereto, by their respective attorneys, it is hereby

ORDERED, this case is hereby finally dismissed, with prejudice.

SO ORDERED, this the 25th day of April, 2008.

                                        s/ HENRY T. WINGATE
                                        CHIEF UNITED STATES DISTRICT JUDGE


AGREED AS TO FORM:

/s/ Louis H. Watson with permission
LOUIS H. WATSON
ATTORNEY FOR PLAINTIFF


/s/ Paul O. Miller, III
PAUL O. MILLER, III
ATTORNEY FOR DEFENDANT

JO.99380800.1